1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2732

5  Attorney for Plaintiff

FILED

OCT 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )
         Plaintiff,               )   2:06-SW-293 KJM
                                  )
    v.                            )
                                  )
IN RE MATTER OF SEIZURE           )   [PROPOSED] SEALING ORDER
WARRANTS FOR CERTAIN FUNDS        )
AND VEHICLES                      )
                                  )
_____)

   For good cause shown in ¶ 171 of the affidavit of Gregory L. Barnett, Special Agent, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives in support of the seizure warrant issued in the above-captioned matter(s), the Court orders that such affidavit be, and the same hereby is, SEALED pending further order of the Court.

   IT IS SO ORDERED.
   DATED: 10/13/06

                              _____
                              KIMBERLY MUELLER
                              UNITED STATES MAGISTRATE JUDGE