McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff

FILED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-SW-0290-KJM |
| | 2:06-SW-0291-KJM |
| Plaintiff, | 2:06-SW-0292-KJM |
| | 2:06-SW-0293-KJM |
| v. | 2:06-SW-0294-KJM |
| | 2:06-SW-0295-KJM |
| IN RE MATTER OF SEIZURE | 2:06-SW-0296-KJM |
| WARRANTS FOR CERTAIN FUNDS | 2:06-SW-0297-KJM |
| | [PROPOSED] UNSEALING ORDER |

On October 13, 2006, the Court entered a sealing order on the affidavit and seizure warrants numbered: 2:06-SW-0290-KJM through 2:06-SW-0297-KJM. The United States now requests that the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/17/06

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE